MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KAY CROSSLEY,<br><br>            Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:24-CV-01218-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-nine (29) days from February 6, 2025, up to and including March 7, 2025. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to Defendant's undersigned counsel due to office need. Counsel has been diligent in her work, and in the last four weeks, has completed six responsive briefs and two settlement memoranda. In addition to this case, counsel has six upcoming responsive briefs in the next four weeks.

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |

Dated: January 31, 2025          By:      /s/ *Francesco P. Benavides**
                                                  (*as authorized via e-mail on January 31, 2025)
                                                  FRANCESCO P. BENAVIDES
                                                  Attorney for Plaintiff

Dated: January 31, 2025                     MICHELE BECKWITH
                                                  Acting United States Attorney
                                                  MATHEW W. PILE
                                                  Associate General Counsel
                                                  Social Security Administration

                                       By:      /s/ *Lillian J. Lee*
                                                  LILLIAN J. LEE
                                                  Special Assistant U.S. Attorney
                                                  Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 7, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

    Dated:   **January 31, 2025**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE