# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KAY CROSSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-CV-01218-GSA<br><br>ORDER DENYING IN PART DEFENDANT'S REQUEST FOR A BRIEFING EXTENSION |

Defendant seeks an unopposed 14-day extension from March 7, 2025 to March 21, 2025 to file a responsive brief, citing as cause for the extension: 1- other case deadlines; and 2- a one day absence from the office due to illness. ECF No. 15.

This request—though unopposed—is not entirely reasonable. This is Defendant's second extension request, having been granted a 30-day extension on February 3. ECF No. 14. The request was also filed on the day of the deadline, March 7, 2025. The scheduling order provides that last minute extension request are disfavored. ECF No. 6 at 6 (citing Local Rule 144(d)). Further, the Administrative Record in this matter is comparatively quite short at 546 pages, less than half of which are medical records.

The justifications offered for the extension—pre-existing deadlines in other cases and 1 day of sick leave—are not compelling justifications for a second extension request filed on the day of the deadline. A shorter extension of 7 days will be granted.

Accordingly, it is **ORDERED** that Defendant's deadline to file a responsive brief is extended to and included March 14, 2025.

IT IS SO ORDERED.

Dated:  **March 7, 2025**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28