MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KAY CROSSLEY, | Case No. 1:24-cv-01218-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended ten (10) days from March 14, 2025, up to and including March 24, 2025. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's third request for an extension. Defendant respectfully requests this extension as the Commissioner has recently identified a possibility for settlement of this case. Accordingly, additional time is needed to complete internal discussions regarding settlement options and if necessary, to pursue settlement negotiations with Plaintiff's counsel. Additionally, Defendant's counsel has been out of the office due to illness on March 10, 12, and 14, 2025. Counsel has been diligent in her work, and in the last four weeks, has completed four responsive

briefs and one settlement memorandum. In addition to this case, counsel has six upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: March 14, 2025    By:    /s/ *Francesco P. Benavides**
                                 (*as authorized via e-mail on March 14, 2025)
                                 FRANCESCO P. BENAVIDES
                                 Attorney for Plaintiff

Dated: March 14, 2025           MICHELE BECKWITH
                                 Acting United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Social Security Administration

                          By:    /s/ *Lillian J. Lee*
                                 LILLIAN J. LEE
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 24, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **March 14, 2025**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE