MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KAY CROSSLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-CV-01218-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME (*Nunc Pro Tunc*) |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, *nunc pro tunc*, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days from March 24, 2025, up to and including April 23, 2025. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　　Under the March 14, 2025, order amending the scheduling (ECF No. 18), the Commissioner's response brief was due on March 24, 2025. However, the undersigned missed the filing deadline due to being out of the office on sick leave for the majority of the past two weeks, and an unexpected family emergency this week. The undersigned returned to the office today and realized her oversight. Defense counsel sincerely apologizes to Plaintiff and to this Court for the delay in filing and respectfully requests the Court grant the request for another extension. The

undersigned has contacted Plaintiff's counsel, and he has no objection to this extension request.

Respectfully submitted,

Dated: March 28, 2025   By:   /s/ *Francesco P. Benavides**
(*as authorized via e-mail on March 28, 2025)
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: March 28, 2025   MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 23, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **March 28, 2025**          /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE