MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (206) 615-2733
    E-Mail: LILLIAN.J.LEE@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE KAY CROSSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:24-cv-01218-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff and Defendant Commissioner of Social Security, through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ), and instruct the ALJ to reevaluate the claimant's step four finding, to include obtaining vocational expert evidence as necessary, while resolving any inconsistencies between the vocational expert testimony and the *Dictionary of Occupational Titles*; and take action to further develop the record as necessary, offer the claimant an opportunity for a new hearing, and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a

STIPULATION TO REMAND

final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  April 24, 2025                     /s/ Francesco Benavides*
                                           FRANCESCO BENAVIDES
                                           Attorney for Plaintiff
                                           *Authorized via e-mail on April 23, 2025

                                           MICHELE BECKWITH
                                           Acting United States Attorney
                                           MATHEW W. PILE
                                           Associate General Counsel
                                           Social Security Administration

                                    By:    /s/ Lillian J. Lee
                                           LILLIAN J. LEE
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

## ORDER

Based on the parties' stipulation, it is **ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings under sentence four of 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:  **April 24, 2025**                    /s/ Gary S. Austin
                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND